UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PETER N. DECONZO and<br>DONNA DECONZO a/k/a<br>DOMINICA DECONZO<br>    Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| vs. | : | |
| PETER N. DECONZO and<br>DONNA DECONZO a/k/a<br>DOMINICA DECONZO<br>    Respondent(s) | : | CASE NO.  5-19-bk-01904 |

## OBJECTION TO DEBTORS' EXEMPTIONS

AND NOW, this  15th  day March, 2019, comes Charles J. DeHart, III,

Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

1. Debtors' exemption of 100% of Fair Market Value without proof of the asset's value deprives unsecured claimants of the asset's value to the estate if it was liquidated under Chapter 7 of the Bankruptcy Code.

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's

Objection to Debtors' Exemptions.

Respectfully submitted,

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
(717)566-6097

CERTIFICATE OF SERVICE

       AND NOW, this   13th   day June, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Ronald Santora, Esquire
1188 Wyoming Avenue
Forty Fort, PA   18704

    /s/Deborah A. Behney
    Office of Charles J. DeHart, III
    Standing Chapter 13 Trustee