UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PETER N. DECONZO and<br>DONNA DECONZO a/k/a<br>DOMINICA DECONZO<br>    Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE | : | |
| vs. | : | |
| PETER N. DECONZO and<br>DONNA DECONZO a/k/a<br>DOMINICA DECONZO<br>    Respondent(s) | : | OBJECTION TO EXEMPTIONS<br>CASE NO. 5-19-bk-01904-RNO |

ORDER

Upon consideration of the Trustee's Objection to Debtors' Exemptions,

IT IS HEREBY ORDERED that the Trustee's Objection to Exemptions is sustained.