UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PETER N. DECONZO and DONNA DECONZO a/k/a DOMINICA DECONZO<br>Debtor(s) | : | CHAPTER 13 |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| PETER N. DECONZO and DONNA DECONZO a/k/a DOMINICA DECONZO<br>Respondent(s) | : | CASE NO. 5-19-bk-01904 |

## AMENDED OBJECTION TO DEBTORS' EXEMPTIONS

AND NOW, this 13th day June, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the debtors' exemptions for the following reason(s):

1. Debtors' exemption of 100% of Fair Market Value without proof of the asset's value deprives unsecured claimants of the asset's value to the estate if it was liquidated under Chapter 7 of the Bankruptcy Code.

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtors' Exemptions.

Respectfully submitted,

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

CERTIFICATE OF SERVICE

       AND NOW, this   13th   day June, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Ronald Santora, Esquire
1188 Wyoming Avenue
Forty Fort, PA   18704

                                            /s/Deborah A. Behney
                                            Office of Charles J. DeHart, III
                                            Standing Chapter 13 Trustee