UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                     CASE NO.: 5:19-bk-01904-RNO
PETER NICHOLAS DECONZO                           CHAPTER 13
AND
DONNA C DECONZO

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CRANE, LLC
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097

                                     RAS Crane, LLC
                                     Attorney for Secured Creditor
                                     10700 Abbott's Bridge Road
                                     Suite 170
                                     Duluth, GA 30097
                                     Telephone: 470-321-7112

                                     By: /s/Cristina DiGiannantonio
                                           Cristina DiGiannantonio
                                           Email: cdigiannantonio@rascrane.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on October 3, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

RONALD V. SANTORA
BRESSET & SANTORA
1188 WYOMING AVENUE
FORTY FORT, PA 18704

CHARLES J DEHART, III (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

PETER NICHOLAS DECONZO
85 WINONA RD
MOUNT POCONO , PA 18344

DONNA C DECONZO
85 WINONA RD
MOUNT POCONO , PA 18344

 

RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road
Suite 170
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Cristina DiGiannantonio
Cristina DiGiannantonio
Email: cdigiannantonio@rascrane.com