In re:
Peter Nicholas DeConzo
Donna C Deconzo
     Debtors

Case No. 19-01904-RNO
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 1      Date Rcvd: Jan 22, 2020
     Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
5221282      +Citibank, N.A.,     701 East 60th Street North,     Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
     Ashlee Crane Fogle    on behalf of Creditor    Wells Fargo Bank afogle@rascrane.com
     Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
     James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
     Lauren Berschler Karl    on behalf of Creditor    Wells Fargo Bank lkarl@rascrane.com,
      lbkarl03@yahoo.com
     Ronald V. Santora    on behalf of Debtor 1 Peter Nicholas DeConzo ronsantoraesq@aol.com,
      alexis@bressetsantora.com
     Ronald V. Santora    on behalf of Debtor 2 Donna C Deconzo ronsantoraesq@aol.com,
      alexis@bressetsantora.com
     United States Trustee    ustpregion03.ha.ecf@usdoj.gov
     William E. Craig    on behalf of Creditor    American Honda Finance Corporation
      ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
        TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

### Middle District of Pennsylvania
### Case No. 5:19-bk-01904-RNO
### Chapter 13

In re: Debtor(s) (including Name and Address)

Peter Nicholas DeConzo
85 Winona Rd
Mount Pocono PA 18344

Donna C Deconzo
85 Winona Rd
Mount Pocono PA 18344

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/22/2020.

Name and Address of Alleged Transferor(s):

Claim No. 38: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/24/20

Terrence S. Miller
**CLERK OF THE COURT**