```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                      Case No. 19-01904-RNO
Peter Nicholas DeConzo                                      Chapter 13
Donna C Deconzo
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: AutoDocke           Page 1 of 1           Date Rcvd: Jan 22, 2020
                              Form ID: trc              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
5221282        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
      Ashlee Crane Fogle    on behalf of Creditor    Wells Fargo Bank afogle@rascrane.com
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      Lauren Berschler Karl    on behalf of Creditor    Wells Fargo Bank lkarl@rascrane.com, lbkarl03@yahoo.com
      Ronald V. Santora    on behalf of Debtor 1 Peter Nicholas DeConzo ronsantoraesq@aol.com, alexis@bressetsantora.com
      Ronald V. Santora    on behalf of Debtor 2 Donna C Deconzo ronsantoraesq@aol.com, alexis@bressetsantora.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
      William E. Craig    on behalf of Creditor    American Honda Finance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
                                                                                                                                                    TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-01904-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Peter Nicholas DeConzo<br>85 Winona Rd<br>Mount Pocono PA 18344 | Donna C Deconzo<br>85 Winona Rd<br>Mount Pocono PA 18344 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/22/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 37: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541<br>Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/24/20

Terrence S. Miller
**CLERK OF THE COURT**