IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>PETER NICHOLAS DECONZO<br>DONNA C. DECONZO aka DOMINICA DECONZO<br>**Debtors** | BANKRUPTCY CASE NUMBER<br>Case No.: 5:19-bk-01904-RNO |
| | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9 | |
| **Movant** | 11 U.S.C. S 362 |
| v. | |
| PETER NICHOLAS DECONZO<br>DONNA C. DECONZO aka DOMINICA DECONZO<br>**Debtors/Respondents** | |
| CHARLES J. DEHART, III, Trustee<br>**Additional Respondent** | |

## DEBTORS' RESPONSE TO MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER AS SERVICER FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9 FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION S362(d)

And now come the Debtors, Peter Nicholas DeConzo and Donna C. DeConzo, a.k.a. Dominica DeConzo, by and through their undersigned counsel, and hereby respond to the Motion as follows:

1-6. Admitted

7-13. Denied. To the contrary Debtor has made payments before and after the filing of this motion.

      Wherefore, Debtors pray that the Motion be denied, that they be given an opportunity to provide adequate protection as offered, and for such other relief as is just and equitable.

Respectfully submitted,

Ronald V. Santora, Esq.