IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: )
)
PETER NICHOLAS DECONZO ) Chapter 13
DONNA C. DECONZO )
**Debtor(s)** ) Case No.: 5:19-bk-01904-(RNO)
)
)
)
)

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 14, 2020, I served a copy of the Request To Relist Matter For Hearing to the following parties in this matter:

<u>Name and Address</u>     <u>Mode Of Service</u>
<u>Debtors</u>     Regular Mail
Peter and Donna DeConzo
85 Winona Rd
Mount Pocono, PA 18344

The following parties were served with the Request via electronic means on February 14, 2020:

<u>Debtors' Attorney</u>     <u>Trustee</u>
Ronald V. Santora, Esq.     Charles J. DeHart, III
Bresset and Santora     Chapter 13 Trustee
1188 Wyoming Avenue     8125 Adams Drive, Suite A
Forty Fort, PA 18704     Hummelstown, PA 17036

<u>United States Trustee</u>
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Date: 2/14/20

/s/ William E. Craig
William E. Craig
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
(856) 866-0100
Bar I.D. 92329 - Pennsylvania