```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                   Case No. 19-01904-RNO
Peter Nicholas DeConzo                                                   Chapter 13
Donna C Deconzo
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke               Page 1 of 1              Date Rcvd: Feb 13, 2020
                              Form ID: trc                 Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
5221282        +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    Wells Fargo Bank afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Christopher A DeNardo    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9 pabk@logs.com
              James    Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Kristen D Little    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer
               for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE
               PASS-THROUGH CERTIFICATES, SERIES 2006-9 pabk@logs.com
              Lauren Berschler Karl    on behalf of Creditor    Wells Fargo Bank lkarl@rascrane.com,
               lbkarl03@yahoo.com
              Ronald V. Santora    on behalf of Debtor 2 Donna C Deconzo ronsantoraesq@aol.com,
               alexis@bressetsantora.com
              Ronald V. Santora    on behalf of Debtor 1 Peter Nicholas DeConzo ronsantoraesq@aol.com,
               alexis@bressetsantora.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    American Honda Finance Corporation
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-01904-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Peter Nicholas DeConzo
85 Winona Rd
Mount Pocono PA 18344

Donna C Deconzo
85 Winona Rd
Mount Pocono PA 18344

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/12/2020.

Name and Address of Alleged Transferor(s):

Claim No. 42: Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57117

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/15/20

Terrence S. Miller
**CLERK OF THE COURT**