IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Peter Nicholas DeConzo and Donna C Deconzo aka Dominica DeConzo,<br>Debtors.<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9,<br>Movant,<br>v.<br>Peter Nicholas DeConzo and Donna C Deconzo aka Dominica DeConzo,<br>Debtors,<br>and<br>Charles J. DeHart, III, Trustee,<br>Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 19-01904/RNO<br><br>11 U.S.C. § 362 |

**ORDER**

AND NOW, this _____ day of _____, 2020, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

_____
HONORABLE ROBERT N. OPEL, II
UNITED STATES BANKRUPTCY JUDGE