# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
   Peter Nicolas DeConzo :
   and :
   Donna C. DeConzo :
    : Case No. 5:19-bk-01904-RNO

## NOTICE TO CREDITORS

The Confirmation Hearing of the 3rd Amended Chapter 13 Plan has been scheduled for August 19, 2020 at 9:30 a.m., via telephone. Last day to Object to Plan Confirmation is August 12, 2020. Any objections to confirmation of the plan will be heard at the above scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the plan at this time.

Bresset & Santora, LLC

Ronald V. Santora, Esq. #35061
1188 Wyoming Avenue
Forty Fort, Pa 18704
Phone: (570) 287-3660
Fax: (570) 287-3666
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
   Peter N. DeConzo :
   and :
   Donna C. DeConzo :
: Case No. 5:19-bk-01904-RNO

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on June 30, 2020, Notice to Creditors regarding the scheduled Confirmation Hearing of the 3rd Amended Chapter 13 Plan was delivered via first class mail to the following:

AES Loan Servicing
PO Box 2461
Harrisburg, PA 17106-2461

Ally
PO Box 380902
Bloomington, MN 55438-0902

Amazon
PO Box 960013
Orlando, FL 32896-0013

Best Buy
PO Box 78009
Phoenix, AZ 85062-8009

Bon Ton
PO Box 659813
San Antonio, TX 78265-9113

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital One
PO Box 60501
City of Industry, CA 91716-0501

Citgo
PO Box 530938
Atlanta, GA 30353-0938

Credit One Bank
PO Box 60500
City of Industry, CA 91716-0500

Exxon Mobile
PO Box 78072
Phoenix, AZ 85062-8072

Genesis
1101 Vine St
Scranton, PA 18510-2126

Honda Financial
PO Box 7829
Philadelphia, PA 19101-7829

Lowe's
PO Box 530914
Atlanta, GA 30353-0914

Mavis Tire
2964 Route 940
Mount Pocono, PA 18344

Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

NELNET
121 S 13 St
Lincoln, NE 68508-1904

Selene Finance
9990 Richmond Ave Ste 400
Houston, TX 77042-4546

Synchrony Bank
PO Box 960061
Orlando, FL 32896-0061

Target
PO Box 660170
Dallas, TX 75266-0170

Home Depot
PO Box 9001010
Louisville, KY 40290-1010

Honda Financial Services
PO Box 7829
Philadelphia, PA 19101-7829

Lowe's Synchrony Bank
PO Box 530914
Atlanta, GA 30353-0914

Merrick Bank Corporation
PO Box 660702
Dallas, TX 75266-0702

Navient
PO Box 9000
Wilkes Barre, PA 18773-9000

Sears
PO Box 9001055
Louisville, KY 40290-1055

Sunoco
PO Box 78056
Phoenix, AZ 85062-8056

Synchrony Care Care
PO Box 960061
Orland, FL 32896-0061

USAA
10750 W Interstate 10
San Antonio, TX 78288-1600

Walmart
PO Box 530927
Atlanta, GA 30353-0927

Bresset & Santora, LLC

*[signature]*

Ronald V. Santora, Esq.   #35061
1188 Wyoming Avenue
Forty Fort, Pa 18704
Phone: (570) 287-3660
Fax: (570) 287-3666