# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  PETER N DECONZO    DONNA DECONZO AKA: DOMINICA DECONZO
        Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

CASE NO: 5-19-01904-RNO

vs.

PETER N DECONZO    DONNA DECONZO AKA: DOMINICA DECONZO
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 18, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on June 30, 2020.

2. A hearing was held and an Order was entered on August 19, 2020 directing that an amended plan be filed within sixty (60) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    s/   Agatha R. McHale, Esq.
    Id:   47613
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA   17036
    Ph.   717-566-6097
    Fax. 717-566-8313
    eMail: amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: PETER N DECONZO
DONNA DECONZO
AKA: DOMINICA DECONZO     CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III     CASE NO: 5-19-01904-RNO
CHAPTER 13 TRUSTEE
Movant

**NOTICE**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: January 6, 2021<br><br>Time: 09:30 AM |

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: November 18, 2020

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: PETER N DECONZO
DONNA DECONZO AKA: DOMINICA DECONZO

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

    Movant

PETER N DECONZO
DONNA DECONZO AKA: DOMINICA DECONZO

    Respondent(s)

CHAPTER 13

CASE NO: 5-19-01904-RNO

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 18, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| RONALD V. SANTORA, ESQUIRE<br>BRESSET AND SANTORA<br>606 CHURCH STREET<br>HONESDALE, PA 18431-1868 | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| PETER N DECONZO<br>85 WINONA RD<br>MOUNT POCONO, PA 18344 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 18, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: PETER N DECONZO
DONNA DECONZO
AKA: DOMINICA DECONZO

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Movant

PETER N DECONZO
DONNA DECONZO
AKA: DOMINICA DECONZO

Respondent(s)

CHAPTER 13

CASE NO: 5-19-01904-RNO

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.