# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
   Peter N. DeConzo :
   and :
   Donna C. DeConzo :
    : Case No. 5:19-bk-01904-RNO

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on January 5, 2021, Notice to Creditors regarding the scheduled Confirmation Hearing of the 4th Amended Chapter 13 Plan was delivered via first class mail to the following:

AES Loan Servicing
PO Box 2461
Harrisburg, PA 17106-2461

Ally
PO Box 380902
Bloomington, MN 55438-0902

Amazon
PO Box 960013
Orlando, FL 32896-0013

Best Buy
PO Box 78009
Phoenix, AZ 85062-8009

Bon Ton
PO Box 659813
San Antonio, TX 78265-9113

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Capital One
PO Box 60501
City of Industry, CA 91716-0501

Citgo
PO Box 530938
Atlanta, GA 30353-0938

Credit One Bank
PO Box 60500
City of Industry, CA 91716-0500

Exxon Mobile
PO Box 78072
Phoenix, AZ 85062-8072

Genesis  
1101 Vine St  
Scranton, PA 18510-2126

Honda Financial  
PO Box 7829  
Philadelphia, PA 19101-7829

Lowe's  
PO Box 530914  
Atlanta, GA 30353-0914

Mavis Tire  
2964 Route 940  
Mount Pocono, PA 18344

Mr. Cooper  
8950 Cypress Waters Blvd  
Coppell, TX 75019-4620

NELNET  
121 S 13 St  
Lincoln, NE 68508-1904

Selene Finance  
9990 Richmond Ave Ste 400  
Houston, TX 77042-4546

Synchrony Bank  
PO Box 960061  
Orlando, FL 32896-0061

Target  
PO Box 660170  
Dallas, TX 75266-0170

Home Depot  
PO Box 9001010  
Louisville, KY 40290-1010

Honda Financial Services  
PO Box 7829  
Philadelphia, PA 19101-7829

Lowe's Synchrony Bank  
PO Box 530914  
Atlanta, GA 30353-0914

Merrick Bank Corporation  
PO Box 660702  
Dallas, TX 75266-0702

Navient  
PO Box 9000  
Wilkes Barre, PA 18773-9000

Sears  
PO Box 9001055  
Louisville, KY 40290-1055

Sunoco  
PO Box 78056  
Phoenix, AZ 85062-8056

Synchrony Care Care  
PO Box 960061  
Orland, FL 32896-0061

USAA  
10750 W Interstate 10  
San Antonio, TX 78288-1600

2

Walmart
PO Box 530927
Atlanta, GA 30353-0927

Bresset & Santora, LLC

*signature*

Ronald V. Santora, Esq.   #35061
1188 Wyoming Avenue
Forty Fort, Pa 18704
Phone: (570) 287-3660
Fax: (570) 287-3666

3

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Peter Nicolas DeConzo :
    and :
    Donna C. DeConzo :
: Case No. 5:19-bk-01904-RNO

## NOTICE TO CREDITORS

The Confirmation Hearing of the 4th Amended Chapter 13 Plan has been scheduled for April 7th, 2021, at 9:30 a.m., via telephone. Last day to Object to Plan Confirmation is April 1st, 2021. Any objections to confirmation of the plan will be heard at the above scheduled confirmation hearing. Counsel should be prepared to proceed on any unresolved objections to the plan at this time.

Bresset & Santora, LLC

Ronald V. Santora, Esq. #35061
1188 Wyoming Avenue
Forty Fort, Pa 18704
Phone: (570) 287-3660
Fax: (570) 287-3666
Attorney for Debtors