UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PETER N. DECONZO and<br>DONNA DECONZO<br>    Debtor(s) | : | CHAPTER 13 |
| | : | |
| | : | |
| | : | |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>    Movant | : | |
| | : | |
| | : | |
| | : | |
| vs. | : | |
| | : | |
| PETER N. DECONZO and<br>DONNA DECONZO<br>    Respondent(s) | : | |
| | : | CASE NO.  5-19-bk-01904 |

TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN

    AND NOW, this   15th   day of January, 2021, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is inconsistent with Proofs of Claims filed and/or approved by the Court – regarding Wells Fargo.
    b. Plan ambiguous – See, Section 9.3 re: student loan.
    c. Lump sum payment in May, 2024.

    WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

BY:    /s/Agatha R. McHale
        Attorney for Trustee

# CERTIFICATE OF SERVICE

AND NOW, this 15th day of January, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Ronald Santora, Esquire
1188 Wyoming Avenue
Forty Fort, PA   18704

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee