United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                           Case No. 19-01904-HWV

Peter Nicholas DeConzo                                                           Chapter 13

Donna C Deconzo

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4

Date Rcvd: Mar 26, 2021      Form ID: nttextS      Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Peter Nicholas DeConzo, Donna C Deconzo, 85 Winona Rd, Mount Pocono, PA 18344-1120 |
| cr | + | Wells Fargo Bank, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5193922 | | AES Loan Servicing, PO Box 2461, Harrisburg, PA 171052461 |
| 5193936 | | Capital One, PO Box 60501, City of Industry, CA 91716-0501 |
| 5254627 | + | Citibank, N.A., RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5259205 | | Citibank, N.A., as trustee for CMLTI Asset Trust, PO Box 814609, Dallas, TX 75381-4609 |
| 5259206 | | Citibank, N.A., as trustee for CMLTI Asset Trust, PO Box 814609, Dallas, TX 75381-4609, Citibank, N.A., as trustee for CMLTI Ass, PO Box 814609 Dallas, TX 75381-4609 |
| 5193940 | | Genesis, 1101 Vine St, Scranton, PA 18510-2126 |
| 5193946 | | Mavis Tire, 2964 Route 940, Mount Pocono, PA 18344 |
| 5193948 | | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5294155 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper et al, c/o Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 5193951 | | Sears, PO Box 9001055 Louisville, KY 40290-1055 |
| 5193956 | | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 5206623 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5193957 | | USAA, 10750 W Interstate 10, San Antonio, TX 782881600 |
| 5213984 | + | WELLS FARGO BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas TX 75261-9096 |
| 5197077 | + | Wells Fargo Bank, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 20:02:06 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 19:56:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5277991 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 26 2021 19:45:00 | American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063, United States |
| 5199813 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 26 2021 19:45:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5193942 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 26 2021 19:45:00 | Honda Financial, PO Box 7829, Philadelphia, PA 19101-7829 |
| 5193943 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 26 2021 19:45:00 | Honda Financial Services, PO Box 7829, Philadelphia, PA 19101-7829 |
| 5193931 | | Email/Text: ally@ebn.phinsolutions.com | Mar 26 2021 19:42:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 5221408 | | Email/Text: ally@ebn.phinsolutions.com | Mar 26 2021 19:42:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |

| Notice ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 5193932 | | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 20:01:03 | Amazon, PO Box 960013, Orlando, FL 328960013 |
| 5193934 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 26 2021 19:43:00 | Bon Ton, PO Box 659813, San Antonio, TX 78265-9113 |
| 5193933 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 19:59:49 | Best Buy, PO Box 78009, Phoenix, AZ 85062-8009 |
| 5193953 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 20:02:14 | Sunoco, PO Box 78056, Phoenix, AZ 85062-8056 |
| 5193935 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 20:01:32 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5199598 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 26 2021 19:59:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5193937 | | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 19:58:07 | Citgo, PO Box 530938, Atlanta, GA 303530938 |
| 5221282 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 19:59:23 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 5193938 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2021 19:59:14 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5193939 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 19:59:23 | Exxon Mobil, PO Box 78072, Phoenix, AZ 85062-8072 |
| 5193941 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 26 2021 20:01:58 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 5212519 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2021 19:56:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5193944 | | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 20:01:03 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 5193945 | | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 20:01:05 | Lowes Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 5201092 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2021 20:00:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5193947 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 26 2021 19:54:39 | Merrick Bank Corporation, PO Box 660702, Dallas, TX 75266-0702 |
| 5216447 | | Email/PDF: pa_dc_claims@navient.com | Mar 26 2021 19:56:45 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5193950 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 26 2021 19:45:00 | NELNET, 121 S 13th St, Lincoln, NE 68508-1922 |
| 5193949 | | Email/PDF: pa_dc_claims@navient.com | Mar 26 2021 20:02:33 | Navient, PO Box 9000, Wilkes Barre, PA 18773-9000 |
| 5293215 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 20:02:05 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293216 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 19:59:35 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5220330 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 26 2021 19:56:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5218087 | | Email/Text: bnc-quantum@quantum3group.com | Mar 26 2021 19:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5218206 | | Email/Text: bnc-quantum@quantum3group.com | Mar 26 2021 19:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5211311 | | Email/Text: bnc-quantum@quantum3group.com | Mar 26 2021 19:44:00 | Quantum3 Group LLC as agent for, GFSPL LLC, PO Box 788, Kirkland, WA 98083-0788 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5193952 | | Email/Text: bkteam@selenefinance.com | Mar 26 2021 19:43:00 | Selene Finance, 9990 Richmond Ave Ste 400, Houston, TX 77042-4546 |
| 5194154 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 19:58:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5193954 | | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 20:01:04 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 5193955 | | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 19:58:08 | Synchrony Car Care, PO Box 960061, Orlando, FL 32896-0061 |
| 5221631 | + | Email/Text: bncmail@w-legal.com | Mar 26 2021 19:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5218213 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 26 2021 20:00:17 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5220309 | + | Email/Text: bkteam@selenefinance.com | Mar 26 2021 19:43:00 | WELLS FARGO BANK, NATIONAL ASSOCIATION, C/O Selene Finance, L.P., 9990 Richmond Ave Suite 400 South, Houston, TX 77042-4546 |
| 5193958 | | Email/PDF: gecsedi@recoverycorp.com | Mar 26 2021 20:01:06 | Walmart, PO Box 530927, Atlanta, GA 303530927 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5193923 | | United States Bankruptcy Court |
| cr | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063, UNITED STATES |
| cr | *+ | Citibank, N.A., RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | * | Citibank, N.A., as trustee for CMLTI Asset Trust, PO Box 814609, Dallas, TX 75381-4609 |
| 5193930 | * | AES Loan Servicing, PO Box 2461, Harrisburg, PA 171052461 |
| 5194525 | * | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 5293227 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293229 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293231 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5300709 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5300711 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5305738 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5305764 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293228 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293230 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293232 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5300710 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5300712 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| | | |
|---|---|---|
| 5305739 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5305765 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 1 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021         Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor Wells Fargo Bank afogle@rascrane.com |
| Charles G. Wohlrab | on behalf of Creditor WELLS FARGO BANK N.A. cwohlrab@raslg.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9 pabk@logs.com, logsecf@logs.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9 pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lauren Berschler Karl | on behalf of Creditor Wells Fargo Bank lkarl@rascrane.com lbkarl03@yahoo.com |
| Ronald V. Santora | on behalf of Debtor 2 Donna C Deconzo ronsantoraesq@aol.com alexis@bressetsantora.com |
| Ronald V. Santora | on behalf of Debtor 1 Peter Nicholas DeConzo ronsantoraesq@aol.com alexis@bressetsantora.com |
| Sindi Mncina | on behalf of Creditor Wells Fargo Bank smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 12

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
| --- | --- | --- |
| Peter Nicholas DeConzo, | Chapter | 13 |
| **Debtor 1** | | |
| | Case No. | 5:19−bk−01904−HWV |
| Donna C Deconzo, aka Dominica DeConzo, | | |
| **Debtor 2** | | |

## Notice

A hearing in this matter is currently scheduled for 4/7/2021. Due to the retirement of Judge Opel, this matter has been transferred to Chief Judge Van Eck. Please note that Chief Judge Van Eck does not conduct evidentiary hearings at the time of the confirmation hearing. If is determined that an evidentiary hearing is necessary, it will be scheduled for a future date . (Miscevich, Jennifer)

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: JenniferMiscevich, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 26, 2021 |

Notice Text Entries (Form nttext) (3/20)