United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Peter Nicholas DeConzo<br>Donna C Deconzo<br>    Debtors | Case No. 19-01904-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Jun 21, 2021      Form ID: trc      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5259206 | Citibank, N.A., as trustee for CMLTI Asset Trust, PO Box 814609, Dallas, TX 75381-4609, Citibank, N.A., as trustee for CMLTI Ass, PO Box 814609 Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 23, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashlee Crane Fogle | on behalf of Creditor Wells Fargo Bank afogle@rascrane.com |
| Charles G. Wohlrab | on behalf of Creditor WELLS FARGO BANK N.A. cwohlrab@raslg.com |
| Christopher A DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9 pabk@logs.com, logsecf@logs.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9 pabk@logs.com, klittle@logs.com;logsecf@logs.com |

Lauren Berschler Karl
    on behalf of Creditor Wells Fargo Bank lkarl@rascrane.com lbkarl03@yahoo.com

Ronald V. Santora
    on behalf of Debtor 1 Peter Nicholas DeConzo ronsantoraesq@aol.com alexis@bressetsantora.com

Ronald V. Santora
    on behalf of Debtor 2 Donna C Deconzo ronsantoraesq@aol.com alexis@bressetsantora.com

Sindi Mncina
    on behalf of Creditor Wells Fargo Bank smncina@raslg.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-01904-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Peter Nicholas DeConzo<br>85 Winona Rd<br>Mount Pocono PA 18344 | Donna C Deconzo<br>85 Winona Rd<br>Mount Pocono PA 18344 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/18/2021.

Name and Address of Alleged Transferor(s):

Claim No. 19: Citibank, N.A., as trustee for CMLTI Asset Trust, PO Box 814609, Dallas, TX  75381-4609, Citibank, N.A., as trustee for CMLTI Ass, PO Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

United Asset Management, LLC
c/o  FCI Lender Services
P. O. Box 27370
Anaheim Hills, CA 92809-0112
United Asset Management, LLC
c/o  FCI Lender Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  06/23/21

Terrence S. Miller
**CLERK OF THE COURT**