In re:  Case No. 19-01904-MJC

Peter Nicholas DeConzo  Chapter 13

Donna C Deconzo

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 5

Date Rcvd: Jan 26, 2022     Form ID: ordsmiss     Total Noticed: 62

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Peter Nicholas DeConzo, Donna C Deconzo, 85 Winona Rd, Mount Pocono, PA 18344-1120 |
| 5193922 | | AES Loan Servicing, PO Box 2461, Harrisburg, PA 171052461 |
| 5193936 | | Capital One, PO Box 60501, City of Industry, CA 91716-0501 |
| 5259205 | | Citibank, N.A., as trustee for CMLTI Asset Trust, PO Box 814609, Dallas, TX 75381-4609 |
| 5259206 | | Citibank, N.A., as trustee for CMLTI Asset Trust, PO Box 814609, Dallas, TX 75381-4609, Citibank, N.A., as trustee for CMLTI Ass, PO Box 814609 Dallas, TX 75381-4609 |
| 5193940 | | Genesis, 1101 Vine St, Scranton, PA 18510-2126 |
| 5193946 | | Mavis Tire, 2964 Route 940, Mount Pocono, PA 18344 |
| 5193948 | | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5294155 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper et al, c/o Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 5193951 | | Sears, PO Box 9001055 Louisville, KY 40290-1055 |
| 5206623 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5419698 | | United Asset Management, LLC, c/o FCI Lender Services, P. O. Box 27370, Anaheim Hills, CA 92809-0112 |
| 5419699 | + | United Asset Management, LLC, c/o FCI Lender Services, P. O. Box 27370, Anaheim Hills, CA 92809-0112, United Asset Management, LLC c/o FCI Lender Services 92809-0112 |
| 5213984 | + | WELLS FARGO BANK NATIONAL ASSOCIATION, PO Box 619096, Dallas TX 75261-9096 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 26 2022 23:48:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Jan 26 2022 23:48:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | EDI: RECOVERYCORP.COM | Jan 26 2022 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 26 2022 18:45:00 | Wells Fargo Bank, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5277991 | | EDI: HNDA.COM | Jan 26 2022 23:48:00 | American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063, United States |
| 5199813 | | EDI: HNDA.COM | Jan 26 2022 23:48:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 5193942 | | EDI: HNDA.COM | Jan 26 2022 23:48:00 | Honda Financial, PO Box 7829, Philadelphia, PA 19101-7829 |
| 5193943 | | EDI: HNDA.COM | Jan 26 2022 23:48:00 | Honda Financial Services, PO Box 7829, Philadelphia, PA 19101-7829 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 5193931 | EDI: GMACFS.COM | Jan 26 2022 23:48:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 5221408 | EDI: GMACFS.COM | Jan 26 2022 23:48:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5423012 | + EDI: AISACG.COM | Jan 26 2022 23:48:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5193932 | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Amazon, PO Box 960013, Orlando, FL 328960013 |
| 5193934 | EDI: WFNNB.COM | Jan 26 2022 23:48:00 | Bon Ton, PO Box 659813, San Antonio, TX 78265-9113 |
| 5193933 | EDI: CITICORP.COM | Jan 26 2022 23:48:00 | Best Buy, PO Box 78009, Phoenix, AZ 85062-8009 |
| 5193953 | EDI: CITICORP.COM | Jan 26 2022 23:48:00 | Sunoco, PO Box 78056, Phoenix, AZ 85062-8056 |
| 5193935 | EDI: CAPITALONE.COM | Jan 26 2022 23:48:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5199598 | EDI: CAPITALONE.COM | Jan 26 2022 23:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5193937 | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Citgo, PO Box 530938, Atlanta, GA 303530938 |
| 5254627 | + Email/Text: RASEBN@raslg.com | Jan 26 2022 18:45:00 | Citibank, N.A., RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5221282 | + EDI: CITICORP.COM | Jan 26 2022 23:48:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5193938 | Email/PDF: creditonebknotifications@resurgent.com | Jan 26 2022 18:50:42 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 5193939 | EDI: CITICORP.COM | Jan 26 2022 23:48:00 | Exxon Mobil, PO Box 78072, Phoenix, AZ 85062-8072 |
| 5193941 | EDI: CITICORP.COM | Jan 26 2022 23:48:00 | Home Depot, PO Box 9001010, Louisville, KY 40290-1010 |
| 5212519 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 18:50:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5193944 | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 5193945 | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Lowes Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 5201092 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 26 2022 18:50:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5193947 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 26 2022 18:50:48 | Merrick Bank Corporation, PO Box 660702, Dallas, TX 75266-0702 |
| 5216447 | EDI: NAVIENTFKASMSERV.COM | Jan 26 2022 23:48:00 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5193950 | + Email/Text: electronicbkydocs@nelnet.net | Jan 26 2022 18:45:00 | NELNET, 121 S 13th St, Lincoln, NE 68508-1922 |
| 5193949 | EDI: NAVIENTFKASMSERV.COM | Jan 26 2022 23:48:00 | Navient, PO Box 9000, Wilkes Barre, PA 18773-9000 |
| 5293215 | EDI: PRA.COM | Jan 26 2022 23:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293216 | EDI: PRA.COM | Jan 26 2022 23:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5220330 | | EDI: PRA.COM | Jan 26 2022 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5218087 | | EDI: Q3G.COM | Jan 26 2022 23:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5218206 | | EDI: Q3G.COM | Jan 26 2022 23:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5211311 | | EDI: Q3G.COM | Jan 26 2022 23:48:00 | Quantum3 Group LLC as agent for, GFSPL LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5193952 | | Email/Text: bkteam@selenefinance.com | Jan 26 2022 18:45:00 | Selene Finance, 9990 Richmond Ave Ste 400, Houston, TX 77042-4546 |
| 5194154 | + | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5193954 | | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 5193955 | | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Synchrony Car Care, PO Box 960061, Orlando, FL 32896-0061 |
| 5221631 | + | Email/Text: bncmail@w-legal.com | Jan 26 2022 18:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5193956 | | EDI: WTRRNBANK.COM | Jan 26 2022 23:48:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 5206623 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 26 2022 18:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5193957 | | EDI: USAA.COM | Jan 26 2022 23:48:00 | USAA, 10750 W Interstate 10, San Antonio, TX 782881600 |
| 5218213 | | EDI: AIS.COM | Jan 26 2022 23:48:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5220309 | + | Email/Text: bkteam@selenefinance.com | Jan 26 2022 18:45:00 | WELLS FARGO BANK, NATIONAL ASSOCIATION, C/O Selene Finance, L.P., 9990 Richmond Ave Suite 400 South, Houston, TX 77042-4546 |
| 5193958 | | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Walmart, PO Box 530927, Atlanta, GA 303530927 |
| 5197077 | + | Email/Text: RASEBN@raslg.com | Jan 26 2022 18:45:00 | Wells Fargo Bank, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | United Asset Management, LLC |
| 5193923 | | United States Bankruptcy Court |
| cr | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, 3625 W. Royal Lane #200, Irving, TX 75063, UNITED STATES |
| cr | *+ | Citibank, N.A., RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | * | Citibank, N.A., as trustee for CMLTI Asset Trust, PO Box 814609, Dallas, TX 75381-4609 |
| 5193930 | * | AES Loan Servicing, PO Box 2461, Harrisburg, PA 171052461 |
| 5194525 | * | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 5293227 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293229 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| | | |
|---|---|---|
| 5293231 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5300709 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5300711 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5305738 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5305764 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293228 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293230 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5293232 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5300710 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5300712 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5305739 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5305765 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2022  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:

**Name**  **Email Address**

Ashlee Crane Fogle
on behalf of Creditor Wells Fargo Bank afogle@rascrane.com

Charles G. Wohlrab
on behalf of Creditor WELLS FARGO BANK  N.A. cwohlrab@raslg.com

Christopher A DeNardo
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for WELLS FARGO BANK  NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9 pabk@logs.com, logsecf@logs.com;klittle@logs.com;cdenardo@logs.com

Jack N Zaharopoulos (Trustee)
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com

| | |
|---|---|
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for WELLS FARGO BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-9 pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Lauren Berschler Karl | on behalf of Creditor Wells Fargo Bank lkarl@rascrane.com lbkarl03@yahoo.com |
| Ronald V. Santora | on behalf of Debtor 2 Donna C Deconzo ronsantoraesq@aol.com alexis@bressetsantora.com |
| Ronald V. Santora | on behalf of Debtor 1 Peter Nicholas DeConzo ronsantoraesq@aol.com alexis@bressetsantora.com |
| Sindi Mncina | on behalf of Creditor Wells Fargo Bank smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Peter Nicholas DeConzo,  
    **Debtor 1**

Donna C Deconzo,  
aka Dominica DeConzo,  
    **Debtor 2**

Chapter     13

Case No.     5:19−bk−01904−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 26, 2022

ordsmiss (05/18)